# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                             No. 3:19-cv-346-DPM

## ORDER

1. Status report from Perkins and Wood, № 2, noted.

2. The Court appreciates the updates about the possible need to amend the Trusts' previous tax returns, and about the estate tax return due this March. Further report on amendments, appraisals, and the estate tax return due by 13 March 2020.

3. Report on notice to beneficiaries and interested persons appreciated. In the circumstances, the Court authorizes and approves personal service on the remaining six individuals. Further report on notice due by 13 March 2020.

4. The Court notes the Linder & Associates monthly reports for October and November 2019, and the transfer of funds in excess of $250,000 from the Chase Bank account to the Regions account.

5. Perkins's request for attorney's fees, № 2 at 4, is granted. His fees and costs are reasonable. He and Wood may pay Perkins's firm $9,951.68 in attorney's fees and costs from Regions Bank account No. xxxx4646.

6. For the co-trustees' information, the current amount in the Court's registry is $262,409.86. Because this case flowed out of 3:17-cv-

226-DPM (Order № 324) and 3:17-cv-227-DPM (Order № 49), the Court directs the Clerk to transfer all the registry funds from 3:17-cv-226-DPM, the former lead case, into the Court's registry for this case.

7. Petition to have the Trust construed and the beneficiaries declared due by 30 April 2020.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 January 2020