# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                    No. 3:19-cv-346-DPM

## ORDER

**1.** Co-trustees Perkins and Wood request the transfer of funds so they can pay the estimated tax on Mrs. Mary Moore Stiny's estate. That payment is due by 5 March 2020. Motion, № 4, granted.

**2.** The Court authorizes Perkins and Wood to pay the estimated federal estate tax to the United States Treasury, in whatever amount is due, up to the total in cash available to the co-trustees. The Court appreciates their commitment to report the actual amount paid in the status report due by 13 March 2020.

**3.** For the purpose of paying the estimated estate tax, the Court orders Bank of America to wire $320,000 from that bank's account No. xxxx5307 to Regions Bank account No. xxxx4646. The Court also directs the Clerk of Court to pay G. S. Brant Perkins and Rena Wood, co-trustees of the Elijah G. and Mary Moore Stiny Trust – Exemption Trust and of the Elijah G. and Mary Moore Stiny Trust – Survivor's Trust, $262,409.86 from the Court's registry, for deposit in Regions Bank account No. xxxx4646. The Court further directs the Clerk to work with co-trustee Perkins in arranging this payment as expeditiously as possible.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2020