IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ELIJAH G. AND MARY MOORE STINY TRUSTS | NO. 3:19-CV-00346-DPM |
| G.S. BRANT PERKINS AND RENA WOOD, CO-TRUSTEES OF THE ELIJAH G. AND MARY MOORE STINY SURVIVOR'S TRUST; AND CO-TRUSTEES OF THE ELIJAH G. AND MARY MOORE STINY EXEMPTION TRUST | PETITIONERS |
| V. | |
| ELI STINY, ANDREW STINY, ALEXIS STINY, CHRISTOPHER SORLEY, ALISON SORLEY, ELIJAH NICHOLAS STINY, GEORGIA ELIZABETH STINY RATZENBERGER, NINA RATZENBERGER PAPDAKIS, JAMES RATZENBERGER, JULIANNE STINY, PATRICIA ALICE STINY WYNNE SORLEY, JOHN MOORE, JASON BAKER, JESSICA BAKER, CHADD (BAKER) MOORE, CORBYN MARTIN, STERLING MARTIN, SHEELA L. MARTIN, CHATEL OLDENBERG SINGH, SUMMER OLDENBERG, CARRISA OLDENBERG, IAN MOORE, PEOPLE'S FAITH TABERNACLE, HELEN ROBINS, JOANN GATES HARRIS, LINDA DAVIS, JOYCE ROBERTS, JANET BRAND, PEGGY MILES, TOM MOORE, VERNON MOORE | RESPONDENTS |

### AGREED CLERK'S ORDER EXTENDING TIME TO FILE RESPONSE TO PETITIONER G.S. BRANT PERKINS' PETITION TO CONSTRUE TRUST AND DECLARE TRUST TERMS

Comes now James W. McCormack, pursuant to Local Rule 6.2 of the Eastern District of Arkansas, finds and grants:

1. Undersigned counsel entered an appearance on June 12, 2020 and now represents Separate Respondents Eli Stiny, Andrew Stiny, and Alexis Stiny.

2. With this in mind, Alexis Stiny was served with Petitioner's Petition to Construe Trust and Declare Trust Terms ("the Petition") on May 25, 2020. Pursuant to Fed. R. Civ. P. 12, her Response to the Petition is therefore currently due on June 15, 2020.

3. Eli Stiny and Andrew Stiny have not yet been served with the Petition but have authorized undersigned counsel to accept service of the Petition in exchange for an extension of time to file a responsive pleading to the Petition.

4. Pursuant to Local Rule 6.2 of the Eastern District of Arkansas, one of the Petitioners, G.S. Brant Perkins, who is a licensed attorney and who filed the Petition on both Petitioners' behalf, has agreed to allow Alexis Stiny, Eli Stiny, and Andrew Stiny a twenty-one (21) day extension of time from June 15, 2020 to file a Response to the Petition.

5. Accordingly, it is hereby ordered that Alexis Stiny's, Eli Stiny's, and Andrew Stiny's Response to the Petition is now due on or before July 6, 2020.

Signed at the Direction of the Court on 6/12/2020

James M. McCormack
Clerk of the Courts
Jake Kornegay - Deputy Clerk
Eastern District of Arkansas
Jonesboro Division

AGREED TO BY:
*/s/ Matthew R. House*

Matthew R. House, ABN 99150
Zachary D. Wilson, Jr., ABN 2017154
James, House, Downing & Lueken, P.A.
P. O. Box 3585
Little Rock, AR 72203
501-372-6555 – Telephone
501-372-6333 – Facsimile
mhouse@jamesandhouse.com
zwilson@jamesandhouse.com
ATTORNEYS FOR DEFENDANTS ELI STINY, ALEXIS STINY, AND ANDREW STINY

*/s/ G. S. Brant Perkins*

G.S. Brant Perkins
Perkins Law Firm
P.O. Box 4504
Jonesboro, AR 72403
bperkins@perkinsfirm.net
CO-PETITIONER AND PLAINTIFF



PATRICK R. JAMES
pjames@jamesandhouse.com

MATTHEW R. HOUSE, P.A.
mhouse@jamesandhouse.com

CHARLEY E. SWANN, P.A.
cswann@jamesandhouse.com

KAYLA M. APPLEGATE
kapplegate@jamesandhouse.com

ZACHARY D. WILSON, JR.
zwilson@jamesandhouse.com

RICHARD C. DOWNING, P.A.
rcdowning@jamesandhouse.com

PATTY W. LUEKEN, P.A.
plueken@jamesandhouse.com
OF COUNSEL

Board Certified In Family Law
Trial Advocacy By The National
Board of Trial Advocacy

June 12, 2020

Via Email: Clerksoffice@ared.uscourts.gov

James W. McCormack
U.S. District Court
Eastern District of Arkansas
615 South Main St., Rm 312
Jonesboro, AR  72401

      RE:    In Re Elijah and Mary Stiny Trusts
                  In the U.S. District Court, Eastern District of Arkansas, Jonesboro Division
                  Case No. 3:19-cv-00346-DPM

Mr. McCormack:

Yesterday, Matthew House and I were retained to represent Separate Respondents Eli Stiny, Andrew Stiny, and Alexis Stiny in the above-captioned matter. We have spoken to one of the Petitioners, attorney Brant Perkins (who filed the May 6, 2020 Petition to Construe Trust and Declare Trust Terms on behalf of himself and the co-Petitioner), and he has agreed to a twenty-one (21) day extension of time, pursuant to Local Rule 6.2, for our clients to respond to that pleading. The new due date will be July 6, 2020.

The enclosed proposed Agreed Clerk's Order Extending Time to File Response to Petitioner G.S. Brant Perkins' Petition to Construe Trust and Declare Trust Terms encompasses the agreement of the parties and contains our electronic signature.

Please let us know if there is anything else you need. Otherwise we respectfully request that today you electronically file and enter the Order of record. Thank you for your assistance.

                                          Sincerely,

                                          */s/ Zachary D. Wilson, Jr.*

                                          Zachary D. Wilson, Jr.

cc:    Mr. Matthew R. House (mhouse@jamesandhouse.com)
        Mr. Brant Perkins (bperkins@perkinsfirm.net)