IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                          No. 3:19-cv-346-DPM

ORDER

1. The Court appreciates and approves the co-trustees' 12 June 2020 status report, *Doc. 56*. If it has not already been accomplished, please press forward on notice to Elijah Nicholas Stiny (when possible) and the three remaining interested parties. The Court notes the trust-construction petition, *Doc. 8 & 9*, and will address it in due course.

2. The unopposed request to approve payment of The Perkins Law Firm's 12 June 2020 statement, *Doc. 56-10*, is approved. The fees and expenses are reasonable and necessary. Perkins and Wood may pay his firm $29,500.41 in attorney's fees and costs from Regions checking account No. xxxx4646.

3. The Court notes the Linder & Associates monthly reports for March, April, and May, and the transfer of $150,000 from the Chase account to the Regions account.

4. The co-trustees may make all the tax payments as they are finally determined to be due, using Regions account funds.

5. The Court approves closing Bank of America account No. xxxx5307 and transferring the remaining funds to Regions account

No. xxxx4646. The Court directs the Clerk to send Perkins and Wood certified copies of this Order to facilitate the transfer. After the Bank of America account is closed, the co-trustees may pay Wood $3,000 each month from the Regions account.

6.  For the co-trustees' information, the balance in the Court's registry is currently zero. (The Court previously ordered the registry's then-existing balance to be paid to the co-trustees for deposit in the Regions account. *Doc. 5 at ¶ 3.*)

7.  Next status report due by 7 August 2020, covering notice, the tax returns and payments, the transfer from Bank of America to Regions Bank, and the apartments' status.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 July 2020