IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                          No. 3:19-cv-346-DPM

ORDER

The Court will hold a thirty-minute telephone hearing on the co-trustees' petition to sell the apartments, *Doc. 58*, and the three Stinys' objection, *Doc. 67*, on Tuesday, 14 July 2020 at 8:30 a.m. C.D.T. (The hearing must be short because the Court is starting a trial that morning.) The ATT conference call number is (877) 873-8018. The access code is 5761590. The co-trustees and counsel for the objectors must participate. All counsel of record and all interested parties are welcome. The Court would appreciate a short, written response from the co-trustees, which addresses the objection, by 5:00 p.m. today, 13 July 2020.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 July 2020