IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                              No. 3:19-cv-346-DPM

ORDER

The Court would appreciate some updates.

First, the Court needs a status report from the co-trustees on the latest developments in this case. The report should cover the tax returns, the apartments, the balances of the Bank of America and Regions accounts, and the pending Stiny probate matter, Lawrence County Case No. 38PR-19-82. The co-trustees should attach as exhibits all filings in the probate case.

Second, the Court would appreciate an update from all parties on disputed and agreed issues. The co-trustees should take the lead in gathering and compiling this information from all parties.

Status reports due by 5 February 2021. The Court will hold a status conference by video or telephone (or some combination thereof) on 16 February at 3:00 p.m. CDT.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 January 2021