IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                                  No. 3:19-cv-346-DPM

ORDER

1. The Court appreciates the notice about Rena Wood's death. Condolences. The Court also appreciates and is studying the sixth status report and supplement, *Doc. 85 & 87*, which cover much ground and appear to address all the areas listed in the Court's recent Order, *Doc. 84*.

2. To allow continuing administration, the Court appoints G.S. Brant Perkins as interim sole trustee of the Elijah G. and Mary Moore Stiny Trust—Exemption Trust and as interim sole trustee of the Elijah G. and Mary Moore Stiny Trust—Survivor's Trust. He is authorized to take all actions necessary and proper to administer each trust until further Order of this Court. If any interested person objects to the Court making these interim appointments permanent, the person must object and provide reasons by 5 February 2021.

3. If any interested person objects to any of the various specific actions reported or proposed in the sixth status report (including the fee request), the person must object and provide reasons by 5 February 2021.

\* \* \*

The Court directs the Clerk to provide Perkins six certified copies of this Order.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2021