IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                No. 3:19-cv-346-DPM

ORDER

Elijah Nicholas Stiny's mail is being returned. *Doc. 97, 98, 99 & 100.* Every litigant must provide the Court with a means of communicating with the litigant. When counsel is engaged, this is seamless. A *pro se* litigant, such as Mr. Stiny, must keep his address current so that he can receive Orders, notices, and other papers from the Court and other parties' filings. If Elijah Nicholas Stiny does not provide this Court with a current mailing address by 3 May 2021, the Court will dismiss his petition contesting the will, *Doc. 81*, without prejudice for failure to prosecute and failure to obey this Court's Orders for managing the case. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 16(f)(1)(C). The Court also directs the Trustee to send a copy of this Order, and a copy of *Doc. 91, 92, 93 & 95*, by first class U.S. mail to Elijah Nicholas Stiny c/o Georgia Ratzenberger, his sister, with whom he periodically communicates. The Trustee must file notice of mailing by 9 April 2021.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 April 2021