IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                              No. 3:19-cv-346-DPM

### ORDER

During the pendency of the consolidated cases, Case No. 3:17-cv-226-DPM, and Case No. 3:17-cv-227-DPM, substantial funds moved in and out of this Court's registry.  The Clerk of the Court's ledger is attached.  All entries are in Case No. 3:17-cv-226-DPM, the lead case.  Here's a list of related docket entries for reference.

- **Case No. 3:17-cv-226-DPM**

  - 2 October 2017:  *Doc. 32 & 35*
  - 19 January 2018:  funds from the Chancery Court of Trousdale County, Tennessee
  - 18 April 2018: *Doc. 79*
  - 27 June 2018:  funds from the Chancery Court of Trousdale County, Tennessee
  - 16 July 2018: *Doc. 113 & 114*
  - 27 August 2018:  *Doc. 135, 139 & 140*
  - 28 September 2018:  funds from the Chancery Court of Trousdale County, Tennessee
  - 9 November 2018: *Doc. 155 & 167*
  - 26 November 2018: *Doc. 209*
  - 2 January 2019: *Doc. 277*
  - 8 March 2019: *Doc. 294*
  - 26 April 2019: *Doc. 300*
  - 22 January 2020: *Doc. 321*

- **Case No. 3:19-cv-346-DPM**

  - o  22 January 2020:  *Doc. 3*
  - o  27 February 2020:  *Doc. 5*

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
12 April 2021

### 3:17-CV-226

| TRANS. DATE | RECEIPT IN | DISB. OUT | BALANCE | PAYEE |
|---|---|---|---|---|
| 2-Oct-2017 | $ 111,190.00 | | $ 111,190.00 | |
| 19-Jan-2018 | $ 179.87 | | $ 111,369.87 | |
| 18-Apr-2018 | $ 423,989.12 | | $ 535,358.99 | |
| 27-Jun-2018 | $ 49,014.30 | | $ 584,373.29 | |
| 16-Jul-2018 | $ 10,000.00 | | $ 594,373.29 | |
| 27-Aug-2018 | $ 61,437.00 | | $ 655,810.29 | |
| 28-Sep-2018 | $ 75,658.58 | | $ 731,468.87 | |
| 9-Nov-2018 | | $ (25,000.00) | $ 706,468.87 | CENTENNIAL BANK |
| 9-Nov-2018 | | $ (28,663.60) | $ 677,805.27 | CENTENNIAL BANK |
| 26-Nov-2018 | | $ (100,000.00) | $ 577,805.27 | CENTENNIAL BANK |
| 26-Nov-2018 | | $ (69,511.93) | $ 508,293.34 | CENTENNIAL BANK |
| 2-Jan-2019 | | $ (25,156.25) | $ 483,137.09 | CENTENNIAL BANK |
| 8-Mar-2019 | | $ (34,382.50) | $ 448,754.59 | CENTENNIAL BANK |
| 8-Mar-2019 | | $ (27,604.44) | $ 421,150.15 | LYONS & CONE, PLC |
| 8-Mar-2019 | | $ (116,539.46) | $ 304,610.69 | RENA WOOD |
| 26-Apr-2019 | | $ (42,200.83) | $ 262,409.86 | LYONS & CONE, PLC |
| 22-Jan-2020 | | $ (262,409.86) | $ - | TRANSFER TO 3:19CV346 |

### 3:19-CV-346

| TRANS. DATE | RECEIPT IN | DISB. OUT | BALANCE | PAYEE |
|---|---|---|---|---|
| 22-Jan-2020 | $ 262,409.86 | | $ 262,409.86 | TRANSFER IN FROM 317CV226 |
| 27-Feb-2020 | | $ (262,409.86) | $ - | GS BRANT PERKINS/RENA WOOD |