**Jake Kornegay**

| | |
|---|---|
| **From:** | FLSD CMECFAuto Sender <cmecfautosender@flsd.uscourts.gov> |
| **Sent:** | Wednesday, April 14, 2021 2:19 PM |
| **To:** | interdistricttransfer_ared |
| **Subject:** | Transferred case has been opened |

CASE: 4:21-cv-00093

DETAILS: Case transferred from Arkansas Eastern has been opened in Southern District of Florida as case 1:21-cv-21428, filed 04/14/2021.