# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                    No. 3:19-cv-346-DPM

## ORDER

The Court is working on the Rena Wood substitution issues. The Court requests counsel for Alexis Stiny, Andrew Stiny, and Eli Stiny to file proof of service (by a method specified in FED. R. CIV. P. 4) of the motion to substitute, *Doc. 114*, on Jason Wood and Rena's three children. FED. R. CIV. P. 25(a)(3). Though a summons is not necessary, *Doc. 115*, the Court should have spoken more clearly about the required method for notifying these nonparties. The Court is hopeful that counsel has already taken this step, and looks forward to getting more information. The trustee has not responded to the motion to substitute, which the Court takes as a "no position" position. Proof of service, and any clarification the trustee wants to make, due by 21 May 2021.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 May 2021