IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                              No. 3:19-cv-346-DPM

ORDER

1. The Stiny grandchildren have not advised the Court that they are abandoning their challenges to some of Perkins's actions as co-trustee. The Court therefore confirms its appointment of Martin Lilly as counsel to the trustee, on those issues alone, at a rate of $250/hour. *Doc. 152.*

2. The Court needs a report from the trustee about the sale of real and personal property, as well as the payment of Mary Stiny's 2013, 2014, and 2015 federal income taxes.

3. The trustee's petition to pay Mary Stiny's California income taxes for 2013, 2014, 2015, and 2016 is granted. The returns were filed by someone other than the trustee some time ago, but no tax was paid. No party opposes the motion except Elijah Nicholas Stiny, for whom new counsel recently appeared. Elijah Nicholas Stiny's objection based on his challenge to the will and trust is saved. If his foundational challenge succeeds, all the tax returns will need to be re-evaluated. The trustee must, of course, make all underlying documents and the returns available to all parties, including Elijah Nicholas Stiny. As planned, the

trustee must also seek abatement of the penalties and interest. In due course, the trustee must report on these returns and related requests for abatement.

**4.** The Court is tardy in issuing an Amended Final Scheduling Order. As discussed at the March 2021 status conference, Elijah Nicholas Stiny's foundational challenges need to be resolved first. The recent appearance of counsel for him will enable this to occur promptly. The Court appreciates the document sharing that has already been done. And the Court directs all counsel to make the voluminous record of the prior related litigation, and all documents connected with this dispute but not filed of record, available to Elijah Nicholas Stiny's counsel by 19 November 2021.

The Court sets the following two-phase, but overlapping schedule:

**Phase 1 — Elijah Nicholas Stiny Issues**

- Discovery Ends…………………………….31 January 2022
- All Motions Due…………………….....18 February 2022
- Pretrial Disclosures Due………………….4 March 2022
- Bench Trial……………………………….4 April 2022

**Phase 2 — Trust Administration Related Issues**

- Discovery Ends…………………………….31 January 2022
- All Motions Due……………………….....29 April 2022
- Pretrial Disclosures Due……………….....13 May 2022
- Bench Trial……………………………….13 June 2022

Please file any objection to this schedule promptly. In coming months, we all must make this older dispute a priority.

5. The Court directs the Clerk to remove the gavel from *Doc. 8*. The petition, as amended in *Doc 9*, is a pleading rather than a motion.

\* \* \*

Motion, *Doc. 154*, granted with directions. Any objections to proposed schedule due by 5 November 2021. Trustee's report on pending issues due by 18 November 2021.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 October 2021