# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                            No. 3:19-cv-346-DPM

## ORDER

No one objected to the Court's proposed schedule.  *Doc. 158.*

Therefore, an Amended Final Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 November 2021