## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                                                    No. 3:19-cv-346-DPM

## ORDER

1. Status report, *Doc. 159*, appreciated. The Court notes the progress on taxes. The Court approves the trustee's actions and payments described in that report.

2. The Court is growing a bit concerned about the residence. The trustee should keep considering whether the personal property of value not wanted by the family can be moved and stored elsewhere, the personal property without value can be donated or discarded, and the home can be auctioned now. This would be the better course if it can be accomplished soon. But, given that winter is imminent, and a sale has not occurred, the Court requests the trustee to also consider replacing the HVAC system (using the Nightingale Mechanical estimate) and doing whatever additional plumbing repairs are needed, all with an eye toward preserving this asset for sale as soon as practicable. The Court would appreciate a status report focused on the house-related issues by 17 December 2021.

3. The trustee's unopposed request for payment of his

26 October 2021 bill for services and expenses is granted. The Court authorizes payment to the trustee from Regions account No. xxxx4646.

4. Lovett's bill for work on behalf of Rena's estate is reasonable. No one has opposed payment. The Court therefore authorizes the trustee to pay Glenn Lovett, Jr. PLC $10,985.80 from Regions account No. xxxx4646 for attorney's fees and expenses.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*15 November 2021*