IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                                No. 3:19-cv-346-DPM

ORDER

The Court applauds the parties' collaboration through counsel about the personal property. The agreed proposal is a reasonable and fair resolution. The trustee's motion to sell the personal property, *Doc. 166*, is therefore granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 December 2021