IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                              No. 3:19-cv-346-DPM

ORDER

1. Status report, *Doc. 175*, appreciated and approved. Lilly's work on behalf of the trustee from 14 June 2021 to 15 December 2021 was reasonable and necessary. No one has opposed payment of his bill, *Doc. 175-1*. The Court therefore authorizes the trustee to pay Martin Lilly $7,500.00 from Regions account No. xxxx4646.

2. Elijah Nicholas Stiny's motion for leave to amend his contest of trust and counter-petition, *Doc. 167*, is partly granted and partly denied. The clarifying changes on the long-pending main issues are helpful. But the proposed new claim — financial abuse of an elder by Mary Stiny under CAL. WELF. & INST. CODE § 15610.30 (West 2014) — faces an insurmountable difficulty. The alleged financial abuse occurred before Mr. Stiny died in 2010. After Mrs. Stiny died, notice of the opening of her estate was first published in October 2019. *Doc. 87-1 at 14*. At the latest, therefore, the financial abuse claim about Mrs. Stiny's actions had to be asserted by April 2020. ARK. CODE ANN. § 28-50-101 (a)–(c). The proposed amendment raising this claim came in

December 2021, *Doc. 167*, approximately eighteen months after the bar date. Amending to assert this untimely claim would be futile. FED. R. CIV. P. 15 (a)(2); *Doe v. Dardanelle School District*, 928 F.3d 722, 727–28 (8th Cir. 2019). Elijah Nicholas Stiny's amended contest of trust and counter-petition, minus the time-barred financial abuse of an elder claim, is due by 14 January 2022.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 January 2022