# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                              No. 3:19-cv-346-DPM

## PROTECTIVE ORDER

Eli Stiny, Andrew Stiny, and Alexis Stiny must provide their current addresses and contact information to their lawyer, Zachary Wilson, who will distribute this information only to all the other lawyers in this case. All this information is confidential and must remain so. It may not be disclosed to any person, other than counsel of record in this case, without a Court Order. Eli Stiny, Andrew Stiny, and Alexis Stiny do not have to answer any questions about their current addresses or contact information during their depositions.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 February 2022