# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                              No. 3:19-cv-346-DPM

## ORDER

1. Tenth status report, *Doc. 185*, appreciated. No one has objected. The time to do so has passed. The Court notes the progress on the sale of the residence at 502 Pocahontas Road, Walnut Ridge, Arkansas, and appreciates the updates on the taxes. The Court approves the trustee's actions and payments described in that report.

2. Lovett's bill for work from 27 September 2021 through 17 December 2021 on behalf of Rena's estate is reasonable and necessary. No one has opposed payment. The Court therefore authorizes the trustee to pay Glenn Lovett, Jr. PLC $3,575.00 from Regions account No. xxx4646 for attorney's fees and expenses.

3. The trustee's unopposed request for payment of his bill for services and expenses from 26 August 2021 through 25 December 2021 is also granted. The Court authorizes payment of $36,488.76 to the trustee from Regions account No. xxxx4646.

4. The Court also notes the new motion for approval of a pre-auction sale of the residence and an adjacent strip of land, *Doc. 189*.

Because the auction is scheduled for 8 March 2022, the Court would appreciate expedited responses if any party would like to be heard. The Court will take silence as a "not opposed" response. Expedited responses due by Friday, 4 March 2022.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 February 2022