# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                          No. 3:19-cv-346-DPM

## ORDER

No one has objected to the trustee's motion to approve of the real estate contract and the time to do so has expired. The trustee's motion, *Doc. 189*, is therefore granted and the real estate contract, *Doc. 189-1*, is approved. The Court authorizes the trustee to execute all necessary documents and take all necessary steps to consummate the sale of 502 Pocahontas Road, Walnut Ridge, Arkansas and the adjacent 22-foot strip of property to Kayci Blake and Jeffrey Allen Blake, II for the auction bid price of $130,000.00, plus a buyer's premium of $13,000.00 for a total consideration of $143,000.00. Status report on the sale due fourteen days after the closing.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 March 2022