# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                           No. 3:19-cv-346-DPM

## ORDER

The Court appreciates Mr. Lovett's attached letter, as well as Mr. House's professional courtesy. The duplicate motion, *Doc. 216*, will be disregarded. The brief, *Doc. 222-1*, is accepted as timely. And the adoption of the trustee's Rule 56.1 statement, *Doc. 214*, is approved.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 May 2022

*Law Offices of*
**Glenn Lovett, Jr. PLC**
Attorney at Law
256 Southwest Drive
P. O. Box 1575
Jonesboro, Arkansas 72403-1575

**Telephone 870-336-1900**                                                                                                                        **Facsimile 870-336-1902**

May 3, 2022

*Via email to: sherri_black@ared.uscourts.gov*

Hon. D. Price Marshall, Jr.
U. S. District Judge
United States Courthourse
600 West Capitol Ave.
Little Rock, AR 72201

      RE:    *In the Matter of the Elijah G. and Mary Moore Stiny Trusts;*
              U.S.D.C. Case No. 3:19-CV-00345-DPM

Dear Judge Marshall:

      Opposing counsel, Mr. House, has today brought to my attention that late last Friday I electronically filed two Motions for Summary Judgment on behalf of my client, but failed to file a Memorandum Brief in Support of the Motion. I checked the file on PACER and he is correct. Both Document 215 and 216 are Motions for Summary Judgment and my Memorandum Brief was mistakenly not filed. I was out of state working on a laptop preparing the documents, and endeavoring to make the filing timely. Unfortunately I did not realize my error until Mr. House brought it to my attention today. I explained my mistake and emailed him this afternoon a copy of the Memorandum Brief that I intended to file Friday.

      He graciously understood my technical challenges and informed me I could advise the Court he had no objection to my taking whatever steps are necessary to correct the mistake. I am thus advising the Court of the situation by this letter and that I intend to file the Memorandum Brief as soon as possible, hopefully today.

      Mr. House also asked if I had filed a separate Statement of Material Facts Not in Dispute. In reply I explained that in my Motion I included a preliminary "Introduction", in which I explained that my client, Mr. Beauchamp, and I were aware that Petitioner Brant Perkins, Trustee, was in the process of preparing to file a Motion for Summary Judgment on his own behalf, that many of the points raised by Perkins in his motion and supporting exhibits were similar if not identical to the points we raise, and that I had included the following language: "we adopt and incorporate by reference those points, arguments and exhibits offered by Trustee Perkins as they are applicable to and supportive of this Motion for Summary Judgment..."

      In sum, I am asking the Court to accept my filing of the Memorandum Brief Support of Motion as being timely, and to accept my adoption and incorporation by reference of Trustee Perkins' filing as satisfactory as our Statement of Material Facts Not in Dispute.

      Thank you very much for your consideration.

Very truly yours,
*/s/ Glenn Lovett, Jr.*

cc: counsel of record.