# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**IN RE ELIJAH AND MARY
STINY TRUSTS**                                    No. 3:19-cv-346-DPM

## ORDER

The Court notes the motion to approve an amendment to the contract for sale of the Walnut Ridge home.  Embedded request for expedited responses granted.  Responses and any objections due by 8 June 2022.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_2 June 2022_