# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                              No. 3:19-cv-346-DPM

## ORDER

The trustee's unopposed motion, *Doc. 240*, for approval of an amendment to the contract for the sale of the Walnut Ridge home and property is granted. The compromise with the buyers about the hail damage is reasonable.

So Ordered

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2022