IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                              No. 3:19-cv-346-DPM

ORDER

The Court has reconsidered the part of its Order, *Doc. 220*, reducing Lilly's recent bill.  The Court agrees with Lilly that the trim was too deep.  All material things considered, the trim should have been 7.5% rather than 15%.  The Court therefore authorizes the trustee to pay Lilly $1,860.94 more from Regions account No. xxxx4646 for work between December 2021 through March 2022.  The Court reiterates its request for more detailed entries in the future bills.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2022