# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                                                No. 3:19-cv-346-DPM

## ORDER

The Court needs to clarify a point in the procedural history recited in its recent Order about the trust contest, *Doc. 250*. Woods' daughters are the grandchildren who joined in the motion for summary judgment based on untimeliness. An Amended Order will issue. The Court directs the Clerk to send this Order and the Amended Order to Elijah Nicholas Stiny's lawyers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2022