## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                    No. 3:19-cv-346-DPM

### ORDER

The Court appreciates and approves the Trustee's report of sale on the Walnut Ridge residence, *Doc. 278*.

_____

D.P. Marshall Jr.
United States District Judge

10 July 2022