# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                            No. 3:19-cv-346-DPM

## ORDER

1. Twelfth status report, *Doc. 279*, appreciated. No one has objected and the time to do so has passed. The Court approves the trustee's actions and payments described in that report. The Court appreciates the update on the settlement of Della Moore's share. Please press forward on wrapping up this issue.

2. Lovett's bill for work from 8 March 2022 through 7 July 2022 on behalf of Rena's estate is reasonable and necessary. No one has opposed payment. The Court therefore authorizes the trustee to pay Glenn Lovett, Jr. PLC $36,408.20 from Regions account No. xxxx4646 for attorney's fees and expenses.

3. No one has objected to Lilly's bill for work representing the trustee between 17 March 2022 and 16 June 2022. The work is reasonable and it needed to be done. The Court therefore authorizes the trustee to pay the Lilly Law Firm $26,125.00 from Regions account No. xxxx4646.

4. The trustee's unopposed request for payment of his 26 February 2022 through 25 June 2022 bill for services and expenses is

granted. The Court authorizes payment of $66,643.35 to the trustee from Regions account No. xxxx4646.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 July 2022