# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                No. 3:19-cv-346-DPM

## ORDER

The Court appreciates the trustee's candor about the typographical error in his Twelfth Status Report and Petition, *Doc. 279*. The Court missed this discrepancy, too. The trustee's motion, *Doc. 282*, is granted. The part of the Court's previous Order authorizing payment of $66,643.35 to the trustee, *Doc. 281 at ¶ 4*, is modified to make the $811.28 reduction. The Court therefore authorizes payment of $65,832.07 to the trustee from Regions account No. xxxx4646.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 August 2022