IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                            No. 3:19-cv-346-DPM

ORDER

1.  Sixteenth status report, *Doc. 308*, appreciated. No one has objected, and the time to do so has passed. The Court approves the trustee's actions and payments described in that report.

2.  Lovett's bill for work from 1 June 2023 through 25 September 2023 on behalf of Rena's estate is reasonable and necessary. No one has opposed payment. The Court therefore authorizes the trustee to pay Glenn Lovett, Jr. PLC $530.00 from Regions Acct. No. xxxx4646 for attorney's fees and expenses.

3.  The trustee's unopposed request for payment of his 26 May 2023 through 25 September 2023 bill for services and expenses is granted. The Court authorizes payment of $7,416.82 to the trustee from Regions Acct. No. xxxx4646.

4.  The motions about the settlement of Della Moore's share, as well as the merits of the issues presented in the June 2022 bench trial, have long been pending before the Court. There are many reasons for my delay in ruling on these matters. But I regret to have kept the parties and the lawyers waiting. I have scheduled time to work on all these matters and get them resolved. And I will do so.

-2-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 December 2023