IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                    No. 3:19-cv-346-DPM

ORDER

The trustee requests authority to pay the 2023 state and federal income taxes for the Exemption Trust. Those payments are due by Monday, 15 April 2024. The trustee also requests authority to pay 2024 state and federal quarterly deposits, plus move some money around to do so. The first pair of those quarterly payments are due by April 15th, too. The Stiny grandchildren's concerns about timing and questions about the tax returns are noted. And the Court appreciates the trustee's quick response to them, *Doc. 330*. All have been addressed. The Stiny grandchildren, however, do not object to paying the taxes. *Doc. 328 at 2*. Neither do the other beneficiaries who responded. *Doc. 325 & 326*. The Court has not been rushed in its review. The motion, *Doc. 323*, is therefore granted.

The Court authorizes the trustee to pay the Exemption Trust's federal 2023 income taxes in the amount of $177,291; Arkansas 2023 income taxes in the amount of $18,495; Federal 2024 quarterly income tax deposit in the amount of $48,760; and Arkansas 2024 quarterly

income tax deposit in the amount of $4,630 from Regions Account No. xxxx2218.  The Court also authorizes the trustee to pay the other three federal and Arkansas 2024 quarterly income tax deposits for the amounts specified and by the dates listed in *Doc. 323 at 3*.  Last, the Court authorizes the trustee to withdraw $250,000 from Charles Schwab Account No. xxxx2893 and to deposit it into Regions Account No. xxxx2218 to make future tax payments.

  So Ordered.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

10 April 2024