IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                                No. 3:19-cv-346-DPM

ORDER

The three Stiny grandchildren move the Court to alter or amend its April 2024 Memorandum Opinion and Order. They seek reconsideration, arguing that this Court's ruling works a manifest injustice. The trustee opposes this motion.

The Court has reconsidered, but declines to alter its decision. *First*, the Court did not require the Stiny grandchildren to provide an accounting to get an accounting. In deciding whether to exercise its discretion under the governing California law, the Court considered every material circumstance. The Stiny grandchildren's inability to make a preliminary showing of some wrongdoing—notwithstanding all the available information, including the well-organized exhibits and trial testimony from the Centennial Bank/Wood part of the litigation, and all the accessible materials in the Court's docket—was one such circumstance that weighed against further investigation. *Second*, more delay in fulfilling Mr. and Mrs. Stinys' testamentary intentions through a final distribution of the trust's assets weighed in the balance. The Court should have ruled more promptly after the

bench trial, and regrets its tardiness in handling this important part of this tangled case. But the Court's responsibility for some of the delay does not justify a further delay for a forensic accounting. *Third*, the Court considered Eli Stiny's willingness to pay for that accounting from his eventual distribution. The offer is commendable, but inequitable: If an accounting was justified, its cost should be borne by all beneficiaries. On the record as a whole, a forensic accounting from 2010 to the present was not justified. *Fourth*, the Court did the best it could and sees no manifest error of fact or law that should be corrected on reconsideration.

*   *   *

Motion, *Doc 334*, denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 June 2024