IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                              No. 3:19-cv-346-DPM

## JUDGMENT

1. The Elijah and Mary Stiny Trust, as amended, is valid.

2. Elijah Nicholas Stiny's challenge to that trust is dismissed with prejudice as untimely.

3. The trustee's amended petition to construe the trust is granted as specified in the Order on Della Moore's share, the Order on Rena (Powell) Wood's share, the Order on the three Stiny grandchildren's counter-petition, and the Court's Order on final distribution.

4. The Oldenburg daughters' counter-petition and the three Stiny grandchildren's counter-petition are dismissed with prejudice.

5. The trust assets shall be distributed to the beneficiaries as soon as practicable pursuant to the trustee's plan, which the Court has approved.

6. The Court retains jurisdiction to oversee the final distribution and all final administration matters, including (but not limited to) tax returns, expenses, attorney's fees, trust-related matters

connected with the possible Elijah George Stiny probate estate, and the trustee's final accounting.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 June 2024