# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                              No. 3:19-cv-346-DPM

## ORDER

The motion to withdraw, *Doc. 355*, is granted.  Matthew House, Zachary Wilson, Jr., and the firm of James, House, Swann & Downing, P.A., are relieved as counsel for Elijah George "Eli" Stiny.  The Court directs the Clerk to update the contact information for Eli Stiny and note he is proceeding *pro se*.

> Elijah George Stiny
> 17216 Saticoy Street, #122
> Van Nuys, California 91406

The Court directs Eli Stiny to provide a current phone number to the Clerk's office by 29 July 2024.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 July 2024