# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                         No. 3:19-cv-346-DPM

## ORDER

1. The Court appreciates the trustee's eighteenth status report, which was filed 14 August 2024.

**Attorney's Fees.** Martin Lilly billed the trustee $2,712.50 for work done from 20 July 2023 to 10 June 2024. Elan Darvish billed the trustee $357 for work done from 26 June 2024 to 1 August 2024. Both lawyers' bills are reasonable for the necessary work done. And no one has opposed payment. The Court therefore authorizes the trustee to pay them from Regions Account No. xxxx4646.

**Trustee's Fees.** The trustee's unopposed request to pay himself for work done between 26 February 2024 and 25 July 2024 is granted. His work is essential. And all the billing for that work is reasonable, as usual. The Court authorizes payment of $31,757.22 to the trustee from Regions Account No. xxxx4646.

**Loose Ends.** The trustee has adequately addressed the Stiny grandchildren's concerns about whether any trust property, or any personal property once belonging to Mr. Stiny, is in Jason Wood's possession. The trustee knows of none.

The trustee and the Stiny grandchildren have also reached an understanding about the apartment-related records co-mingled with Rena Wood's personal records. The Court approves that proposal, *Doc. 365 at ¶ 11.C.*

That leaves the issue of the possible assignment of back rent and other potential claims. The Court notes the response by Andrew and Alexis Stiny on this issue, as well as the trustee's reply. The Court will address that disputed issue in a separate Order.

**2.** The trustee also moves to pay federal and state income taxes for the Survivor's Trust, also known as the Stiny Survivor's Administrative Trust, plus move some money around to do so. No one opposes this motion. And of course the taxes must be paid. That motion, *Doc. 364*, is granted. The Court authorizes the trustee to pay these amounts from Regions Account No. xxxx4646:

- $179,104..............................2023-2024 federal income taxes;
- $15,120........................... 2023-2024 Arkansas income taxes;
- $55,140............... 2024-2025 federal quarterly income taxes;
- $4,300.............2024-2025 Arkansas quarterly income taxes.

The Court also authorizes the trustee to make the other three federal and state quarterly income tax payments for the amounts specified and by the dates listed in *Doc. 364 at ¶ 6.* Last, the Court authorizes the trustee to withdraw $260,000 from Charles Schwab Account No. xxxx0149 and to deposit it into Regions Account No. xxxx4646 to pay future taxes.

–2–

3. The Court notes the trustee's various actions taken on Mary Stiny's probate estate, the new California/Sorley litigation, various tax returns, and payments made pursuant to this Court's Orders and the trustee's general authority. *Doc. 365 at 1-8.* No one has objected to any of these actions. They were necessary. And the Court approves them. The Court also appreciates the update about the closing document received from the IRS on the federal estate tax return and the information about various account balances. All these things are in good order.

\*   \*   \*

Eighteenth status report, *Doc. 365*, approved—but with the potential assignment issue reserved for a decision in due course. Unopposed motion, *Doc. 364*, granted.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 September 2024