# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                            No. 3:19-cv-346-DPM

## ORDER

The trustee's unopposed motion to retain appellate counsel to handle the appeals on Della Moore's share and by Elijah ("Eli") George Stiny, *Doc. 374*, is granted. The trust is entitled to experienced and able counsel on appeal. The trustee is occupied with distribution issues, which need his full attention, while Lilly has long focused his practice in the trial courts. The trustee's nominee, Brett Watson, has wide and deep experience in appellate litigation. His $300 hourly rate, and the $15,000 refundable retainer, are reasonable. The Court therefore authorizes the trustee to sign the proposed engagement letter with Watson's firm, pay the firm the full retainer from Regions Account No. xxxx4646, and take all necessary steps to respond to the appeals.

So Ordered.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 September 2024