IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                            No. 3:19-cv-346-DPM

ORDER

    Unopposed motion, *Doc. 402*, granted with a caveat. Glenn Lovett, Jr., is relieved as counsel for Beauchamp. (The Court congratulates Lovett on his retirement.) D. Chris Gardner and Drew M. Milner must enter appearances for Beauchamp. The caveat. The proposed hourly rates exceed what the Court has authorized for other local counsel. But, no one has objected; Gardner and Milner are experienced specialists in estate-related matters; and this case is winding down, so it's unlikely that Wood's estate will incur substantial future fees. The Court will, of course, review bills for reasonableness.

    So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 February 2025