IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                                    No. 3:19-cv-346-DPM

ORDER

1. The Court appreciates the trustee's twentieth status report, which was filed on 20 February 2025.

2. **California Proceedings.** The trustee must file a status report about the March 2025 hearing, and related issues, by 2 May 2025.

3. **Attorney's Fees.** Elan Darvish billed the trustee $13,029.89 for work done from 1 October 2024 to 31 December 2024. His bills are reasonable for the work done. The Court therefore authorizes the trustee to pay Darvish $13,029.89 from Regions Account No. xxxx4646.

The Court also notes that Brett Watson billed the trustee $6,831.62 for work done from 1 November 2024 to 30 January 2025. Watson's fees were covered by his $15,000 retainer, which the Court authorized in an earlier Order, *Doc. 379*. They are reasonable, too.

4. **Trustee's Fees.** The trustee's unopposed request to pay himself for work done between 26 October 2024 and 25 January 2025 is granted. His bills and expenses are reasonable, as usual. The Court authorizes payment of $22,560.98 to the trustee from Regions Account No. xxxx4646.

5. **Income Taxes.** The trustee asks to pay the federal and state income taxes for the Stiny Exemption Trust. No one has objected, and the taxes must be paid. The Court therefore authorizes the trustee to make these payments, as specified in *Doc. 406 at ¶ 9*.

The trustee also requests permission to move some money around to pay these taxes, and to pay the federal and state income taxes for the Stiny Survivor's/Administrative Trust. The Court authorized payment the Survivor's Trust taxes in an earlier Order, *Doc. 376*. Again, no one has objected to his request. The Court therefore authorizes the trustee to transfer these funds, as specified in *Doc. 406 at ¶ 11(A) & (B)*. (The Court notes the trustee's recent motion to transfer additional funds, *Doc. 408*. The parties are entitled to respond in due course. That motion will hang fire for now.)

6. **Distribution Plan.** The Court also appreciates the trustee's recent status report on the distribution plan, *Doc. 407*, and proposed modification. Any response due by 2 May 2025.

\*   \*   \*

The Court approves the trustee's twentieth status report, *Doc. 406*, and all actions taken by the trustee as specified in the report and his attached statement, *Doc. 406-10*.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

21 April 2025