IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                            No. 3:19-cv-346-DPM

ORDER

The Court appreciates the trustee's status report on the distribution plan and proposed modifications to that plan. No one has objected or responded. And the time to do so has passed. The proposed modifications make good sense. All material things considered, the Court therefore approves the proposed modifications, *Doc. 407 at 2–4*. The Court authorizes the trustee to implement the distribution plan, as modified, and directs him to do so forthwith.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 May 2025