IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                              No. 3:19-cv-346-DPM

ORDER

1. The Court appreciates the trustee's twenty-first status report, which was filed on 18 June 2025.

2. The Court is glad to learn the trustee has received the Federal Estate Tax closing document. *Doc. 416 at 4.*

3. **Attorney's Fees.** Elan Darvish billed the trustee $21,674.23 for work done from 1 January 2025 to 30 April 2025. His bills are reasonable for the work done. No one has objected. The Court therefore authorizes the trustee to pay Darvish $21,674.23 from Regions Account No. xxxx4646.

In February 2025, the Court relieved Glenn Lovett, Jr. as counsel for Beauchamp and authorized Chris Gardner and Drew Milner to enter appearances for Beauchamp. *Doc. 403.* They billed the trustee $6,108.94 for work done from 18 December 2024 to 17 June 2025. That bill is also reasonable for the work done. And no one has objected. The Court therefore authorizes the trustee to pay them $6,108.94 from Regions Account No. xxxx4646.

The Court also notes that Brett Watson billed the trustee $4,020 for work done from 5 February 2025 to 28 May 2025. Watson's fees were covered by his $15,000 retainer, which the Court authorized in an earlier Order, *Doc. 379*. They are reasonable, too. (The trustee's recent motion to pay Watson for work done from June to July 2025, *Doc. 422*, will hang fire until all parties have had an opportunity to respond.)

4. **Trustee's Fees.** The trustee's unopposed request to pay himself for work done between 26 January 2025 and 25 May 2025 is granted. His bills and expenses are reasonable, as usual. The Court authorizes payment of $26,816.24 to the trustee from Regions Account No. xxxx4646.

5. **Motion to Withdraw.** Motion, *Doc. 423*, granted. Zachary D. Wilson, Jr. is relieved as counsel of record for Andrew and Alexis Stiny.

6. **Initial Distribution.** The Court notes the trustee's motion for authority to make an initial distribution, *Doc. 417*, as supplemented and amended by his recent motion, *Doc. 421*. The Court also appreciates the Stiny grandchildren's pre-amendment responses, *Doc. 419 & 420*, and the trustee's replies, *Doc. 424 & 425*. Any party that wishes to respond further to the trustee's motion, as amended and supplemented, may do so by 25 August 2025.

\*   \*   \*

The Court approves the trustee's twenty-first status report, *Doc. 416*, and all actions taken by the trustee as specified in the report and his attached statement, *Doc. 416-9*. The Court authorizes the trustee to pay attorney's fees, and his fees, as specified in this Order.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 August 2025

-3-