IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                              No. 3:19-cv-346-DPM

ORDER

1. The Court directs the Clerk to correct docket entry 427: The embedded reference to Wilson's motion to withdraw should be to *Doc. 423* rather than *Doc. 413*.

2. The trustee's motion to pay Brett Watson's attorney's fees for recent work on both appeals, *Doc. 422*, is granted for good cause as modified. No one has opposed this request. Watson's work was necessary. And his fees for that work are reasonable. The modification: Watson has submitted another invoice for out-of-pocket expenses for the last appellate brief. Of course these reasonable expenses must be paid, too. *Doc. 430-1 at 12–14*. The Court therefore authorizes the trustee to pay Watson $12,665.57 from the Stiny Survivor's Trust Regions Account No. xxxx4646.

3. The Court appreciates, and approves, the trustee's eighth status report on the California proceedings, *Doc. 431*. The Court notes the trustee's receipt of his letters of administration, his notice to creditors, and his rejection of Patricia Sorley's creditor's claim.

The trustee provided a copy of her claim at *Doc. 421-2*. The Court also notes the important deadlines:

- 23 December 2025 . . . . Patricia Sorley's deadline to sue based on her denied claim

- 24 January 2026 . . . . . The probate estate's claim deadline

The Court would appreciate a ninth status report on the California proceedings by 13 February 2026 after the issues develop further.

4.   The Court has received and reviewed the trustee's twenty-second status report from mid-September, *Doc. 430*, including the many attachments. The Court appreciates all the information and updates. No one has objected to this report. And the Court approves all the trustee's actions described in it, particularly the various payments made and tax returns filed.

5.   The Court authorizes the trustee to pay the Darvish Firm, APC, $22,829.34 from Regions Account No. xxxx4646. This work was necessary given the California probate matter. Two loose ends. First, the invoices reflect a slightly higher balance of $24,433.87. *Doc. 430-1 at 11*. Please explain this difference in the next status report. Second, the Court notes that the Darvish Firm is billing for interest. Given the inevitable lag between the firm sending monthly invoices, the trustee submitting them to the Court periodically, and the Court considering them as the docket permits, the Court requests the trustee and the firm to explore waiving future interest charges.

6.     The Court approves the trustee's request to make Gardner Milner, PLLC $856.50 from Regions Account No. xxxx4646. The firm's work monitoring the litigation for Wood's estate was reasonable and necessary.

7.     The Court authorizes the trustee to make federal ($50,670.00) and Arkansas ($2,118.00 and then $3,220.00 in 2026) quarterly estimated tax payments for the Stiny Administrative Trust in November 2025, February 2026, and June 2026 as they become due.

8.     The Court has reviewed the trustee's bill for work managing the trusts, including the litigation, from 26 May 2025 through 26 August 2025. All these efforts were needed; the time spent was reasonable; and, as usual, the work was careful. The Court approves all the actions taken as documented in the bill. And the Court authorizes the trustee to pay himself attorney's fees and costs of $21,171.74 from Regions Account No. xxxx4646.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 November 2025