# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**IN RE ELIJAH AND MARY
STINY TRUSTS**                                          **No. 3:19-cv-346-DPM**

## ORDER

**1.** The Court appreciates the trustee's twenty-third status report, *Doc. 440.* No one has objected or otherwise responded.

**2.** The Court appreciates the updates on the various litigation matters, *Doc. 440 at 1–2.* The Court notes that Eli G. Stiny's appeal is awaiting submission to a panel, rather than under submission like the Della Moore Share appeal. And the Court looks forward to the trustee's upcoming ninth status report on the California litigation.

**3.** Elan Darvish billed the trustee $11,299.95 for work done from 1 August 2025 to 31 October 2025. His bills are reasonable for the work done. The Court appreciates the explanation about the interest, which the Darvish Firm is not charging. Given that fact, there's no need for the Firm to change its billing system unless it's an easy fix. The Court authorizes the trustee to pay Darvish $11,299.95 from Regions Account No. xxxx4646.

**2.** Brett Watson billed the trustee $990.00 for work done in September and October 2025. His bills are reasonable, too. The Court authorizes the trustee to pay Watson $990.00 from Regions Account No. xxxx4646.

**3.** The Court approves the trustee's request to pay Gardner Milner, PLLC $3,384.50 from Regions Account No. xxxx4646. The firm's work monitoring the litigation for Wood's estate continues to be reasonable and necessary.

**4.** The Court appreciates the balance information and recent statements from all accounts, and especially appreciates the helpful summary, *Doc. 440 at 8*. The Court grants the trustee's petition to transfer the sum of $125,000 from Simmons Account Nos. xxxx8878 and xxxx9092, and the sum of $125,000 from Charles Schwab Account No. xxxx0149 (for a total of $250,000) to Regions Account No. xxxx4646 to pay administrative expenses and taxes.

**5.** The Court appreciates the information about the tax return payments made and due soon, and the penalty notice. *Doc. 440 at 9–11*. In his next status report, the trustee must provide an update about his efforts to get the penalty abated. All this appears to be an IRS error.

**6.** The Court has reviewed the trustee's bill for work managing the trusts, including litigation, from 26 August 2025 to

25 December 2025. These efforts are essential; the time spent was reasonable; and the work done was careful. The Court approves all the trustee's actions taken as documented in the bill. And the Court authorizes the trustee to pay himself attorney's fees and costs of $31,168.89 from Regions Bank Account No. xxx4646.

7. The Court appreciates the trustee's recent report about the initial distribution, *Doc. 441*, and notes the pending petition to approve and confirm it, *Doc. 442*. The Court directs the trustee to file an addendum to his report by 20 February 2026. Please provide copies of any receipt later received from Eli G. Stiny and James Ratzenberger or redacted transaction documents showing these distributions and these beneficiaries' receipt of the funds.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 February 2026

-3-