# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                    No. 3:19-cv-346-DPM

## ORDER

The Court has received the trustee's ninth status report on the California proceedings, *Doc. 444*.  No one has objected.  The Court approves this report and specifically approves the amendment to the trustee's agreement with the Darvish Firm, APC, *Doc. 444-3*. Next report due by 17 July 2026, or within thirty days after the case management conference whenever that hearing may occur.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
23 February 2026