# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

IN RE ELIJAH AND MARY
STINY TRUSTS                                    No. 3:19-cv-346-DPM

## ORDER

The trustee petitions for approval of his report of the initial distribution, *Doc. 441*, and addendum, *Doc. 447*. No one has objected. The Court approves this report and addendum and confirms the initial distribution. Each beneficiary received their correct share of the $15,200,000 approved initial distribution. See the Appendix. Motion for approval, *Doc. 442*, granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2026

## APPENDIX

| | |
|---|---|
| Eli Stiny | • Received $2,414,520. *Doc. 439 at 16 & Doc. 447-1.*<br><br>• Eli received $2,339,520, and $75,000 was sent to his attorney, Matt House, at Eli's request. *Doc. 447-1.* |
| Andrew Stiny | • Received $2,056,560. *Doc. 439 at 16 & Doc. 441-1 at 2.*<br><br>• Andrew received $1,981,560, and $75,000 was sent to his attorney, Matt House, at Andrew's request. *Doc. 441-1 at 2.* |
| Alexis (Stiny) Bingham | • Received $2,056,560. *Doc. 439 at 16 & Doc. 441-1 at 1.*<br><br>• Alexis received $1,981,560, and $75,000 was sent to her attorney, Matt House, at Alexis's request. *Doc. 441-1 at 1.* |
| Georgia Elizabeth (Stiny) Ratzenberger | • Received $268,280. *Doc. 439 at 16 & Doc. 441-1 at 4.* |
| Nina (Ratzenberger) Papadakis | • Received $178,600. *Doc. 439 at 16 & Doc. 441-1 at 10.* |

| James Ratzenberger | • Received $178,600. *Doc. 439 at 16, Doc. 447-2, Doc. 447-3, Doc. 447-4 & Doc. 447-5.*<br><br>• James provided his account information and wiring instructions. *Doc. 447-2.* Simmons Bank wired the funds to James's designated account. *Doc. 447-3 & 447-4.* James was in the hospital when the distribution was made. His wife acknowledged that James received the distribution. *Doc. 447-5.* |
| --- | --- |
| Julianne Stiny | • Received $446,880. *Doc. 439 at 16 & Doc. 441-1 at 9.* |
| Jason Baker | • Received $833,081.60. *Doc. 439 at 17 & Doc. 441-1 at 6.* |
| Jessica Baker | • Received $833,081.60. *Doc. 439 at 17 & Doc. 441-1 at 7–8.*<br><br>• Both Jessica and her attorney, Kevin Orr, acknowledged receipt. *Doc. 441-1 at 7–8.* |
| Chadd (Baker) Moore | • Received $833,081.60. *Doc. 439 at 17 & Doc. 441-1 at 3.* |
| Sterling Martin | • Received $833,081.60. *Doc. 439 at 17 & Doc. 441-1 at 14.* |
| Sheela L. (Martin) Willfond | • Received $832,298.80. *Doc. 439 at 17 & Doc. 441-1 at 13.* |

-2A-

| | |
|---|---|
| Estate of Rena Powell Wood, deceased | • Received $2,732,686,40. *Doc. 439 at 17 & Doc. 441-1 at 11–12.*<br><br>• Jonathan Tinsley, administrator of Rena Wood's estate, acknowledged receipt. *Doc. 441-1 at 11.*<br><br>• Shelly Brawner, Trousdale County Clerk and Master, also acknowledged receipt. *Doc. 441-1 at 12.* |
| Ian Moore | • Received $702,688.40. *Doc. 439 at 17 & Doc. 441-1 at 5.* |

-3A-