# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**IN RE ELIJAH AND MARY
STINY TRUSTS**                                    **No. 3:19-cv-346-DPM**

## ORDER

**1.** The Court appreciates the trustee's twenty-fourth status report, *Doc. 451*. No one has objected or otherwise responded.

**2.** The updates on the various litigation matters, *Doc. 451 at 1–2*, are helpful. The Eighth Circuit appeals are done. And the Court looks forward to the trustee's upcoming tenth status report on the California litigation.

**3.** Elan Darvish billed the trustee $10,415.01 for work done from December 2025 through February 2026. His bills are reasonable for the work done. The Court authorizes the trustee to pay Darvish $10,415.01 from Regions Account No. xxxx4646.

**2.** Brett Watson billed the trustee $120 for work done in January 2025. His bills are reasonable, too. The Court authorizes the trustee to pay Watson $120 from Regions Account No. xxxx4646.

**3.** The Court approves the trustee's request to pay Gardner Milner, PLLC $1,521 from Regions Account No. xxxx4646. The firm's work monitoring the litigation for Wood's estate continues to be reasonable and necessary.

**4.** The Court appreciates the balance information and recent statements from all accounts, and especially appreciates the helpful summary, *Doc. 451 at 8*.

**5.** The Court notes the information about the tax return payments made and due soon. *Doc. 451 at 8*. It also appreciates the update about the tax penalty. *Doc. 451 at 9*. In his next status report, the trustee must provide an update about the IRS's response.

**6.** The Court has reviewed the trustee's bill for work managing the trusts, including litigation, from 26 December 2025 to 25 March 2026. These efforts are essential; the time spent was reasonable; and the work done was careful. The Court approves all the trustee's actions taken as documented in the bill. And the Court authorizes the trustee to pay himself attorney's fees and costs of $24,588.89 from Regions Bank Account No. xxx4646.

**7.** The Court notes the trustee's motion to modify the final distribution plan with a pause. No one has objected or otherwise responded. Motion, *Doc. 454*, granted for good cause.

The distribution pause is approved as specified.  In (or with) his 17 July 2026 status report, the trustee should propose any modifications to the approved final distribution plan that he believes are necessary and prudent in the circumstances.

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

13 May 2026