**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**IN RE ELIJAH AND MARY STINY TRUSTS** **No. 3:19-cv-346-DPM**

# ORDER

**1.** The Court appreciates the trustee's twenty-fifth status report, *Doc. 458*, and the trustee's tenth status report on the California litigation, *Doc. 457*. Both are informative. No one has objected or responded to either report.

**2.** The updates on the various litigation matters, *Doc. 458 at 1–2*, are helpful. The Court of Appeals has issued its mandate in both appeals.

**3.** Elan Darvish billed the trustee $2,320.50 for work done from March 2026 through May 2026. His bills are reasonable for the work done. The Court authorizes the trustee to pay Darvish $2,320.50 from Regions Account No. xxxx4646.

**4.** Brett Watson billed the trustee $330 for work done in April and May 2026. His bills are reasonable, too. The Court authorizes the trustee to pay Watson $330 from Regions Account No. xxxx4646.

**5.** The Court also approves the trustee's request to pay Gardner Milner, PLLC $296.50 from Regions Account No. xxxx4646. The firm's work monitoring the litigation for Wood's estate continues to be reasonable and necessary.

**6.** The Court appreciates the balance information and recent statements from all accounts, and continues to find the summary especially helpful, *Doc. 458 at 7*.

**7.** The Court notes the information about the tax returns filed and the payments made, as well as those due soon. *Doc. 458 at 8*. It also appreciates the update about the contested penalty. *Doc. 458 at 8–9 & Doc. 458-8*. The current mid-August deadline for the IRS's response is noted. And the Court looks forward to a further update in the next status report.

**8.** The Court has reviewed the trustee's bill for work managing the trusts, including litigation, from 26 March 2026 to 25 June 2026. These efforts remain essential; the time spent was reasonable; and the work done was careful. The Court approves all the trustee's actions taken as documented in the bill. And the Court authorizes the trustee to pay himself attorney's fees and costs of $11,579.78 from Regions Bank Account No. xxx4646.

**9.** The Court also notes the trustee's request to postpone the next steps in implementing the final distribution until 15 October 2026. *Doc. 458 at 1.* This reasonable request is approved. The Court would appreciate details about the trustee's thinking, and his tentative plan for those next steps, in the next status report.

**10.** Twenty-sixth status report, and the eleventh status report on the California litigation, due by 15 October 2026.

So Ordered.

D.P. Marshall Jr.
United States District Judge

26 August 2026